EASTERN DIST.
*February,* 1837.

SMITH'S HEIRS *vs.* BLOUNT.

APPEAL FROM THE COURT OF THE THIRD JUDICIAL DISTRICT, THE JUDGE
OF THE EIGHTH PRESIDING.

A citation of appeal, without the signature of the clerk of the court from
which it issued, is insufficient, and the appeal will be dismissed.

The seal and signature of the clerk of the court are essential, and must be
affixed to the citation, and all process issuing therefrom.

The plaintiffs took an appeal in this case. There was
no signature of the clerk of the court appealed from affixed
to the citation of appeal, although one had issued, and
service made by the sheriff.

*Johnson,* for the appellee, moved to dismiss the appeal,
because there was no citation according to law.

*Lobdell, contra.*

*Martin, J.,* delivered the opinion of the court.

The appeal is prayed for on the ground that there has
been no citation of appeal in this case, as required by law.
The citation is without the signature of the clerk of the
District Court. We have held that the seal of the court is
essential to such process. The signature of the clerk
appears to us equally so. The appeal, therefore, must be
dismissed.

A citation of
appeal, without
the signature of
the clerk of
the court from
which it issued,
is insufficient,
and the appeal
will be dismis-
sed.
The seal and
signature of the
clerk of the
court are essen-
tial, and must be
affixed to the
citation and all
process issuing
therefrom.

EASTERN DIST.
*February*, 1837.

Where the citation of appeal has not been returned by the sheriff, and does
not accompany the record, the appeal will be dismissed.